NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE EPLUS, INC.**

---

2012-1451

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences, in Reexamination No. 90/008,104.

---

**JUDGMENT**

---

JENNIFER A. ALBERT, Goodwin Procter LLP, of Washington, DC, argued for appellant.  With her on the brief were THOMAS J. SCOTT, JR., SCOTT L. ROBERTSON, DAVID M. YOUNG, and ELEANOR HYNES YOST.

KRISTI L. R. SAWERT, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee.  With her on the brief were NATHAN K. KELLEY, Deputy Solicitor and ROBERT J. MCMANUS, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 November 8, 2013                   /s/ Daniel E. O'Toole    
         Date                      Daniel E. O'Toole
                                   Clerk of Court